**NOT FOR PRINTED PUBLICATION**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| RUDY ALLEN SOTO AND MISTY MARIE WISE, § § § §  Plaintiffs, § § v. § § FIRST GUARANTY MORTGAGE § CORPORATION AND ROUNDPOINT § MORTGAGE SERVICING § CORPORATION, § §  Defendants. | CIVIL ACTION NO. 4:15-CV-00725 (JUDGE CLARK/JUDGE JOHNSON) |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On November 11, 2016, the report of the Magistrate Judge (Dkt. #46) was entered containing proposed findings of fact and recommendations that Defendants' Motion for Final Summary Judgment (Dkt. #39) be **GRANTED** and the Motion to Dismiss (Dkt. #31) be **DENIED AS MOOT.** The Clerk of Court is directed to close the case.

Having received the report of the United States Magistrate Judge, and fourteen (14) days having passed with no objections filed by either party, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's recommendations as the findings and conclusions of the court.

**So Ordered and Signed**
**Dec 7, 2016**

_____
Ron Clark, United States District Judge

1